

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: The Estate of Jane R. Curtis, Deceased

No. 06-14-00037-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. P-17320). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the trial court below. We affirm the judgment of the trial court to the extent it concludes that the Estate recover actual damages from Jaeckle and Reunion Ranch, Inc., jointly and severally, in the sum of $43,828.10. We reverse the trial court's judgment, in part, as it fails to grant recovery for the $35,000.00 debt, which was revived by acknowledgement four years before suit was filed. We render judgment that the estate recover against Jaeckle for the $35,000.00 debt, and we remand the case to the trial court for a determination of the total amount of damages the Estate is entitled to recover against Jaeckle, individually, on the $35,000.00 note.

We further order that appellant, Robert Jaeckle, pay all costs of this appeal.

RENDERED JUNE 3, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk